WILLIAM E. SINN, Appellant, *v.* CORA S. SINN, Respondent.

(Argued November 27, 1893; decided December 12, 1893.)

APPEAL from order of the General Term of the City Court of Brooklyn, made May 22, 1893, which affirmed an order of Special Term denying an application by defendant for alimony and granted her counsel fees.

*Thomas H. Troy* for appellant.

*Robert H. Griffin* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

LEONORA S. GRAY, Respondent, *v.* WILLIAM T. BAKER et al., Appellants.

(Submitted November 27, 1893; decided December 12, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 8, 1893, which affirmed an order of Special Term vacating an order for the examination of plaintiffs before trial.

*Henry F. & James Coupe* for appellants.

*David J. Newland* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.